IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JOSUE SANDOVAL MUNOZ, | * |
| Petitioner, | * |
| v. | Case No.  4:26-cv-30-CDL-AGH |
| | * |
| Warden, STEWART DETENTION CENTER, *<br>*et al.,* | |
| | * |
| Respondents. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated January 15, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 16th day of January, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk